UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HARRY HAWKINS, III

Defendant.

Case No. 2:16-cr-00035-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release HARRY HAWKINS, III

Case No. 2:16-cr-00035-WBS Charge 18 USC § 3583 from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        __X__ (Other): Supervised Release conditions as stated on the record and previously imposed.

Issued at Sacramento, California on November 5, 2018 at 2:00 PM

By: _/s/_____

Magistrate Judge Kendall J. Newman