Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HARRY HAWKINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HARRY HAWKINS,<br><br>　　　　　　　　Defendant. | Case No.: 2:16-CR-00035 WBS<br><br>**NOTICE AND REQUEST [AND ~~PROPOSED~~ ORDER] ATTACHMENT TO DEFENDANT'S DISPOSITIONAL MEMORANDUM  UNDER SEAL**<br><br>DATE: December 23, 2019<br>TIME:  9:00 a.m.<br>COURT: Hon. William B Shubb |

　　　　PLEASE TAKE NOTICE that Defendant Harry Hawkins, by and through his undersigned counsel, requests that "Exhibit A: San Joaquin County Behavioral health Services, mental health Services, Mental Health Evaluation and Diagnosis of Harry Hawkins," an attachment to defendant's Sentencing Memorandum, be filed under seal. Sealing is sought because the document contains sensitive health and mental information about Mr. Hawkins, including recent mental health diagnosis, psycho-social history, and other private information.

Dated:  December 16, 2019　　　　　　　　　　　/s/ ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　　　　　ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　HARRY HAWKINS

1

**Request to File Under Seal**

# ORDER

Pursuant to Local Rule 141 (b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Exhibit A" attachment to DEFENDANT'S SENTENCING MEMORANDUM, file on or about December 16, 2019, pertaining to defendant Harry Hawkins, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the defendant and the government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's documents serves a compelling interest.

Dated:  December 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Request to File Under Seal**