Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HARRY HAWKINS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>HARRY HAWKINS,<br><br>                              Defendant. | Case No.: 2:16-CR-00035 WBS<br><br>**STIPULATION AND ORDER TEMPORARILY RELEASING THE DEFENDANT TO ATTEND FUNERAL SERVICES; AND CONTINUING THE DISPOSITION HEARING DATE** |

## STIPULATION

The parties, attorney Etan Zaitsu for defendant HARRY HAWKINS, and attorney Elliot Wong, for the United States of America, hereby stipulate as follows:

1. On April 22, 2022, the defendant's sister, Janet Hawkins, age 41, passed away after suffering medical complications.

2. The defendant has since requested permission to attend her funeral services on May 9, 2022, at the Lighthouse of the Valley in Stockton, California.

3. Upon consultation with Probation, and its approval of release under the attached Special Conditions of Temporary Release, the parties agree that the defendant's temporary release is appropriate under the circumstance.

1

**Stipulation and Order for Temporary Release**

4. However, the government and Probation reserve the right to withdraw their current disposition recommendations if the defendant violates any condition of release or absconds;

5. Defense counsel has since reviewed the Conditions with the defendant and obtained his assent.

6. Because the funeral is scheduled on the day of defendant's dispositional hearing, the parties agree that a continuance to May 23, 2022, is appropriate.

7. Therefore, by this stipulation, the parties, with Probation's approval, ask that the defendant be temporarily released on May 9, 2022, at 10am, to the third-party custody of Taneka Smith, so that he may attend the funeral service for his sister. Upon release, the defendant must comply with the Special Conditions of Temporary Release, and self-surrender to the custody of the Sacramento County Jail no later than 3:00pm of the same day.

8. The parties further stipulate and request that the dispositional hearing in this matter currently set for May 9, 2022, be continued to May 23, 2022 at 9:00 a.m.

IT IS SO STIPULATED

Dated:  May 6, 2022                    Respectfully submitted,

                                       /s/ Etan Zaitsu
                                       ETAN ZAITSU
                                       Attorney for Defendant
                                       HARRY HAWKINS

Dated:  May 6, 2022                    /s/ Elliot Wong
                                       ELLIOT WONG
                                       Assistant U.S. Attorney

2

**Stipulation and Order for Temporary Release**

**ORDER**

Based upon the foregoing stipulation of the parties, Probation's recommendation, and good cause appearing, the Court grants Defendant Harry Hawkins' request to attend his sister's funeral, and to move the dispositional hearing out two weeks. Subject to the Special Conditions of Temporary Release (attached hereto), the Defendant is hereby ordered temporarily released on May 9, 2022, at 10:00am, to the third-party custody of Taneka Smith. The Defendant is further ordered to self-surrender to the Sacramento County Jail no later than 3:00pm of the same day. The dispositional hearing currently set for May 9th, 2022, shall be continued to May 23, 2022, at 9:00am.

**IT IS SO ORDERED.**

Dated:  May 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Temporary Release**

## <u>SPECIAL CONDITIONS OF TEMPORARY RELEASE</u>

Re: Harry Hawkins
No.: 2:16-CR-00035 WBS
Date: May 9, 2022

1. You will be released from the Sacramento County Jail on **May 9, 2022**, by no later than **10:00am** to third-party custody of **Taneka Smith** to attend the funeral service of Janet Hawkins at the Lighthouse of the Valley in Stockton, California.

2. You must surrender yourself to the Sacramento County Jail by no later than **3:00pm of the same day**;

3. Upon release, you must restrict your travel from and between the Sacramento County Jail and the Lighthouse of the Valley in Stockton, California;

4. You must not drive or operate a vehicle;

5. You must not attend the reception wherever it may be held;

6. You must refrain from any use of alcohol or any use of narcotic drug or other controlled substance;

7. You must remain with your third-party custodian while out of custody;

8. Upon your return, you must submit to drug and/or alcohol testing if Probation directs you to do so;

9. You must comply with all release conditions as set forth herein. If for any reason you are unable to comply, you must immediately contact your Probation Officer.