Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HARRY HAWKINS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HARRY HAWKINS,<br><br>　　　　　　　Defendant. | Case No.: 2:16-CR-00035 WBS<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S SURRENDER TIME TO 4:30PM ON MAY 9, 2022** |

### STIPULATION

　　The parties, attorney Etan Zaitsu for defendant HARRY HAWKINS, and attorney Elliot Wong, for the United States of America, hereby stipulate as follows:

1. Due to a miscommunication this morning, May 9, 2022, the Sacramento County Jail did not release Mr. Hawkins until 11:45am.

2. Defense counsel then requested from the Government and Probation agreement to extend Mr. Hawkins surrender time to accommodate for the late release, and provide time to grieve with his immediately family members after the funeral services end.

3. On condition that Mr. Hawkins remain at the Lighthouse of the Valley in Stockton with his third-party custodian until he leaves to come back to Sacramento, the government and Probation are in agreement.

1

**Stipulation and Order for Temporary Release**

4. Therefore, by this stipulation, the parties, with Probation's approval, ask that Mr. Hawkin's surrender time on May 9, 2022, be extended to 4:30pm.

IT IS SO STIPULATED

Dated:  May 9, 2022                                  Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
HARRY HAWKINS

Dated:  May 9, 2022                                  /s/ Elliot Wong
ELLIOT WONG
Assistant U.S. Attorney

## ORDER

Based upon the foregoing stipulation of the parties, Probation's recommendation, and good cause appearing, the Court grants Defendant Harry Hawkins' request to extend his surrender time by an hour and thirty minutes. The Defendant is therefore ordered to self-surrender to the Sacramento County Jail no later than 4:30pm today, May 9, 2022.

**IT IS SO ORDERED.**

Dated:  May 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Temporary Release**